AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF _____ Columbia _____

FILED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amended

UNITED STATES OF AMERICA

v.

Terry Hall,

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-570M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in about __2005 to 2006__ in __Kuwait and Georgia, U.S.__ defendant Terry Hall

otherwise than as provided by law for the proper discharge of official duty, did directly and indirectly give, offer and promise a thing of value to a public official, for and because of an official act performed and to be performed by such public official,

in violation of Title __18__ United States Code, Section(s) __201(b)(1)(A) & 3238__.

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Eleanor M. Rathbone_
Signature of Complainant

,Peter C. Sprung, Trial Attorney
Sworn to before me and subscribed in my presence,

Eleanor Rathbone
Special Agent
Defense Criminal Investigative Service
U.S. Dep't of Defense

__Washington__ at __District of Columbia__
November 16, 2007
Date                ALAN KAY
U.S. MAGISTRATE JUDGE

City and State

Name & Title of Judicial Officer

Signature of Judicial Officer
U.S. MAGISTRATE JUDGE